# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08cr 1455 BEN

UNITED STATES OF AMERICA　　)

vs　　)

Arsen Grishai Motivoryan (3) )

CASE NUMBER _O8MJ1329-NLS_

ABSTRACT OF ORDER

Booking No._____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _May 8, 2008_____

the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____✓_____ Defendant released on $ _25,000 Cash_ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**NITA L. STORMES**
_____
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by

Received _____
DUSM

Deputy Clerk

Crim-9    (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**