JODI D. THORP
California Bar No. 223663
427 "C" Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169
jodithorp@thorplawoffice.com

Counsel for Mr. Motivosyan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                            )<br>            Plaintiff,                                  )<br>                                                            )<br>v.                                                          )<br>                                                            )<br>ARSEN MOTIVOSYAN                        )<br>                                                            )<br>                                                            )<br>            Defendant.                            )<br>_____ ) | CASE NO. 08CR1455-BEN<br><br>DATE: June 12, 2008<br><br>TIME: 9:30 a.m.<br><br>**CERTIFICATE OF SERVICE** |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

NED LYNCH
nedlynch@aol.com

DATED:          June 6, 2008                                    /s/ Jodi D. Thorp
                                                                               JODI D. THORP
                                                                               Counsel for Mr. Motivosyan