```
 1  JODI D. THORP
    California Bar No. 223663
 2  427 "C" Street, Suite 300
    San Diego, California  92101
 3  Telephone:  (619) 233-3169
    jodithorp@thorplawoffice.com
 4
 5  Counsel for Mr. Motivosyan
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                        SOUTHERN DISTRICT OF CALIFORNIA
                                (HONORABLE NITA L. STORMES)
10
    UNITED STATES OF AMERICA,        )    CASE NO. 08CR1455-BEN
11                                   )
         Plaintiff,                  )
12                                   )    DATE: June 12, 2008
    v.                               )
13                                   )    TIME: 9:30 a.m.
    ARSEN MOTIVOSYAN                 )
14                                   )
                                     )    CERTIFICATE OF SERVICE
15       Defendant.                  )
    _____)
16
17
            Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18
    information and belief, and that a copy of the foregoing document has been served this day upon:
19
20
                                   U S Attorney CR
21                              Efile.dkt.gc2@usdoj.gov

22                                    NED LYNCH
                                   nedlynch@aol.com
23

24  DATED:     June 6, 2008              /s/ Jodi D. Thorp
25                                       JODI D. THORP
                                         Counsel for Mr. Motivosyan
26
27
28
```