**JODI D. THORP**
California Bar No. 223663
427 "C" Street Suite 300
San Diego, California 92101
Telephone: (619) 233-3169 ext. 14
jodithorp@thorplawoffice.com

Counsel for Mr. Motivosyan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. No. 08CR1455-BEN |
| Plaintiff, | ) ) ) | Date: June 30, 2008 |
| v. | ) ) | Time: 2:00 p.m. |
| ARSEN MOTIVOSYAN, | ) ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. | ) ) ) ) ) ) ) ) ) | (1) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; (2) PRESERVE EVIDENCE; (3) COMPEL DISCOVERY; (4) SEVER DEFENDANTS; (5) SUPPRESS STATEMENTS; AND (6) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:   KAREN P. HEWIT, UNITED STATES ATTORNEY, AND
      REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on June 30, 2008, at 2:00 p.m. or as soon thereafter as counsel may be heard, Defendant Arsen Motivosyan, by and through his counsel, Jodi Thorp will ask this Court to enter an order granting the following motions.

**MOTIONS**

Defendant Arsen Motivosyan, by and through his counsel, Jodi D. Thorp, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable

statutes, case law, and local rules for an order to:

  (1) Dismiss Indictment Due to Misinstruction of the Grand Jury;

  (2) Preserve Evidence;

  (3) Compel Discovery;

  (4) Sever Defendants;

  (5) Suppress Statements; and

  (6) Grant Leave to File Further Motions.

  This motion is based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

             Respectfully submitted,

Dated: June 16, 2008       *s/ Jodi Thorp*
             **JODI THORP**
             Counsel for Mr. Motivosyan

```
 1 │ JODI D. THORP
   │ California Bar No. 223663
 2 │ 427 "C" Street, Suite 300
   │ San Diego, California 92101
 3 │ Telephone: (619) 233-3169
   │ jodithorp@thorplawoffice.com
 4 │
 5 │ Counsel for Mr. Motivosyan
 6 │
 7 │
 8 │                   UNITED STATES DISTRICT COURT
 9 │                  SOUTHERN DISTRICT OF CALIFORNIA
10 │                     (HONORABLE ROGER T. BENITEZ)
11 │ UNITED STATES OF AMERICA,        )   CASE NO. 08CR1455-BEN
   │                                  )
12 │         Plaintiff,                )
   │                                  )   DATE: June 30, 2008
13 │ v.                                )
   │                                  )   TIME: 2:00 p.m.
14 │ ARSEN MOTIVOSYAN                  )
   │                                  )
15 │                                  )   CERTIFICATE OF SERVICE
   │         Defendant.                )
16 │ _____ )
17 │
18 │      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
19 │ information and belief, and that a copy of the foregoing document has been served this day upon:
20 │
21 │                              U S Attorney CR
   │                          Efile.dkt.gc2@usdoj.gov
22 │
23 │
24 │ DATED:    June 16, 2008              /s/ Jodi D. Thorp
   │                                      JODI D. THORP
25 │                                      Counsel for Mr. Motivosyan
26 │
27 │
28 │
```