```
JODI D. THORP
California Bar No. 223663
427 "C" Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169
jodithorp@thorplawoffice.com

Counsel for Mr. Motivosyan
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARSEN MOTIVOSYAN<br><br>    Defendant. | CASE NO. 08CR1455-BEN<br><br>DATE: June 30, 2008<br><br>TIME: 2:00 p.m.<br><br>**CERTIFICATE OF SERVICE** |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR<br>
Efile.dkt.gc2@usdoj.gov

DATED:     June 16, 2008                    /s/ Jodi D. Thorp
                                            JODI D. THORP
                                            Counsel for Mr. Motivosyan