```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481

Attorney for Defendant
ARA E. AVETYANTS
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ARA E. AVETYANTS, ASHOT BARSEGIAN, and ARSEN GRISHAI MOTIVOSYAN,<br>    Defendants. | No. CR 08-1455 BEN<br><br>**DEFENDANTS' ACKNOWLEDGEMENT OF AUGUST 11, 2008 COURT DATE** |

I understand that my hearing currently scheduled for June 30, 2008 at 2:00 p.m. will be continued by the Court to August 11, 2008 at 2:00 p.m., and that I am ordered to appear in Courtroom 3 of the United States Courthouse, Southern District of California, 940 Front Street, San Diego, California 92101 on August 11, 2008, at 2:00 p.m.

Dated: June 27, 2008

_____
ARA E. AVETYANTS
Defendant

Dated: June 27, 2008

_____
ASHOT BARSEGIAN
Defendant

Dated: June 27, 2008

_____
ARSEN GRISHAI MOTIVOSYAN
Defendant